# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2024

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: ALCALAN, Samuel
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian
                                       Chief U.S. District Judge
Docket No: 1:16CR02064-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Samuel Alcalan to travel out of the country.

Respectfully submitted by,

s/Linda J. Leavitt          10/30/2024
Linda J. Leavitt            Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_____
Signature of Judicial Officer

10/30/2024
Date